```
Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Phone (949) 720-9200

Attorneys for Movant
NAVY FEDERAL CREDIT UNION
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | ) | CASE: 10-52795ASW-13 |
|---|---|---|
| MICHAEL E BRIGGS aka MICHAEL G BRIGGS | ) ) ) | CHAPTER: 13 |
| | ) | REF: ASW-728 |
| Debtor. | ) ) ) ) ) | NOTICE OF LODGMENT OF ADEQUATE PROTECTION ORDER |
| | ) ) ) ) ) ) ) | DATE: 08/25/10 TIME: 2:15 pm CTRM: 3020 U.S. Bankruptcy Court 280 S. First Street San Jose, California |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

///

///

///

///

///

///

///

///

///

Matter I.D. 812-2897

PLEASE TAKE NOTICE that the ADEQUATE PROTECTION ORDER, a copy of which is attached thereto as Exhibit "1", was submitted to the HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE, on September 9, 2010.

Unless appropriate objections thereto are filed within seven (7) days, the ADEQUATE PROTECTION ORDER will be entered immediately following the expiration of said time period.

DATED: 09/09/2010 THE WOLF FIRM

/s/ Alan Steven Wolf
ALAN STEVEN WOLF
Attorneys for Movant
NAVY FEDERAL CREDIT UNION

Matter I.D. 812-2897

# EXHIBIT 1

```
 1  Alan Steven Wolf, Bar No. 94665
    Daniel K. Fujimoto, Bar No. 158575
    THE WOLF FIRM, A Law Corporation
 2  2955 Main Street, Second Floor
    Irvine, CA  92614
 3  (949) 720-9200 Tel
    (949) 608-0128 Fax
 4  Alan.Wolf@wolffirm.com

 5  Attorneys for Movant
    NAVY FEDERAL CREDIT UNION
 6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | ) | CASE: 10-52795ASW-13 |
|---|---|---|
| MICHAEL E BRIGGS aka MICHAEL G BRIGGS | ) | CHAPTER: 13 |
|  | ) | REF: ASW-728 |
| Debtor. | ) | ADEQUATE PROTECTION ORDER |
|  | ) | DATE: 08/25/10 |
|  | ) | TIME: 2:15pm |
|  | ) | CTRM: 3020 |
|  | ) | U.S. Bankruptcy Court |
|  | ) | 280 S. First Street |
| _____ | ) | San Jose, CA 95113 |

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by NAVY FEDERAL CREDIT UNION, and having been heard before the HONORABLE ARTHUR S. WEISSBRODT, UNITED STATES BANKRUPTCY JUDGE, on August 25, 2010, Movant appearing by its attorneys THE WOLF FIRM, Debtor appearing by his counsel BRADFORD HODACH, and there being no pleading in opposition by the Trustee, and the Court, having read the various pleadings, documents and proceedings, and service having been made, and after due deliberation, does hereby make its Order as follows:

Matter I.D. 812-2897

1    IT IS HEREBY ORDERED that with respect to the real
2 property commonly known as 6110 Heathercreek Way, San Jose,
3 CA 95123, and more fully described as follows:
4           SEE DOCUMENT NO. 15343012 RECORDED IN THE
5           OFFICIAL RECORDS OF SANTA CLARA COUNTY ON
6           8/3/2000
7 Movant and its agents and successors are hereby entitled to
8 adequate protection which shall be deemed to constitute all
9 of the following:
10    1. Debtor tendered $1,767.40 at the hearing to bring
11 the loan post-petition current through August, 2010.
12    2.  If any future post-petition payment to be made by
13 the Debtor to Movant as set forth above is not received by
14 Movant on or before the grace period set forth in the note
15 or deed of trust, then with respect to the real property
16 commonly known as 6110 Heathercreek Way, San Jose, CA, then
17 Movant may restore this Motion to the Court's calendar on 15
18 days notice to Debtor and Debtor's counsel.
19    3.  Movant may accept any and all payments without any
20 prejudice to or waiver of its pending foreclosure
21 proceedings or any proceedings commenced pursuant to this
22 Order.
23    4.  The fourteen (14) day stay period of Bankruptcy
24 Rule 4001(a)(3) is waived.
25 ///
26 ///
27 ///

Matter I.D. 812-2897

5.  If any senior lien obtains relief from stay, then Movant may restore this Motion to the Court's calendar upon 15 days notice to Debtor and Debtor's counsel.

Approved as to Form & Content:

Dated <u>09/09/2010</u>                                      <u>SEE DECLARATION</u>
                                                      BRADFORD HODACH
                                                      Attorney for
                                                      Debtor

                       ** END OF ORDER **

<u>PROOF OF SERVICE</u>

RE: BRIGGS

CASE NO.: 10-52795ASW-13      REF. NO.: ASW-728

      I declare that I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2955 Main Street, Second Floor, Irvine, CA 92614. On September 9, 2010, I served a NOTICE OF LODGMENT OF ADEQUATE PROTECTION ORDER on each of the interested parties by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California, addressed as follows:

                SEE ATTACHED LIST MARKED AS
                <u>EXHIBIT "1"</u> AND INCORPORATED
                HEREIN BY REFERENCE

    I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on September 9, 2010, at Irvine, California.

                              <u>/s/ Jeremy Romero</u>
                              Jeremy Romero

Matter I.D. 812-2897
Case: 10-52795   Doc# 55   Filed: 09/09/10   Entered: 09/09/10 16:46:48   Page 7 of 8

```
                         EXHIBIT "1"
 1
    Debtor:
 2  MICHAEL E BRIGGS
    6110 Heathercreek Wy
 3  San Jose, CA 95123

 4  DEVIN DERHAM-BURK
    PO BOX 50013
 5  San Jose, CA  95150-0013

 6  Debtor's Counsel
    BRADFORD HODACH
 7  Law Offices of Bradford
    1212 Broadway #706
 8  Oakland, CA 94612

 9  U.S. TRUSTEE
    280 S. First, Room 268
10  San Jose, CA  95113-3004

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
```

Matter I.D. 812-2897